FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
_____ DIVISION

L'Keith Antwan Irving
(Enter above the full name of the Plaintiff
in this action.)

Prisoner ID No. _____
(Do Not Put Your Social Security Number)

V.    CASE NO. 17-6066

Heath Dickson
Chris Bruno
Malvern Police Dept. Malvern AR
(Enter above the full name of the Defendant,
or Defendants, in this action.)

*US DISTRICT COURT WESTERN DIST ARKANSAS FILED AUG - 3 2017 DOUGLAS F. YOUNG, Clerk By \_\_\_\_\_ Deputy Clerk*

I. Previous Lawsuits

  A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

   Yes \_\_\_\_\_    No ✓

  B. If your answer to A is yes, describe each lawsuit in the space below including the <u>exact Plaintiff name or alias used</u>. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to this lawsuit

   Plaintiffs: _____

   Defendants: _____

   2. Court (if federal court, name the district; if state, name the county): _____

   3. Docket number: _____

   4. Name of judge to whom case was assigned: _____

   5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

   6. Approximate date of filing lawsuit: _____

   7. Approximate date of disposition: _____

(Revised12/2016)

II. **Place of Present Confinement:** Hot Spring County Jail

III. There is a written prisoner grievance procedure in the Arkansas Department of Correction and in your county jail. <u>Failure to complete the grievance procedure may affect your case in federal court.</u>

    A. Did you present the facts relating to your complaint in the state or county written prisoner grievance procedure?

        Yes _____   No __X__

    B. If your answer is YES, Attach copies of the most recent written grievance(s)/response(s) relating to your claims showing completion of the grievance procedure. **FAILURE TO ATTACH THE REQUIRED COPIES MAY RESULT IN THE DISMISSAL OF YOUR COMPLAINT.** If copies are not available, list the number assigned to the grievance(s) and the approximate date it was presented.

    C. If your answer is NO, explain why not: Because I am Suing officer Heath Dickson and Chris Bruno and they both are employed by the Malvern Police Dept. in which hasn't any grievance procedures.

IV. **Parties**

(In item A below, place your name in the first blank and place your present address in the second blank.)

    A. Your Full Name: L'Keith Antwan Irving
       Address: 1 Detention Lane, Malvern, AR 72104

(In Item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.)

**Do Not List Witnesses.**

You may not name the jail as a Defendant. The jail is a building and cannot be sued.

B. Read carefully and fill out all information sought.

    <u>1. Defendant #1.</u>
    Full Name: Heath Dickson
    Position: Corporal - Shift Supervisor
    Place of Employment: Malvern Police Dept.
    Address: 215 E. Highland, Malvern, AR 72104 (employer)

**2. Defendant #2.**

Full Name: Ofc. Chris Bruno

Position: Officer

Place of Employment: Malvern Police Dept.

Address: 215 E. Highland, Malvern, AR 72104

**3. Defendant #3.**

Full Name: _____

Position: _____

Place of Employment: _____

Address: _____

**4. Defendant #4.**

Full Name: _____

Position: _____

Place of Employment: _____

Address: _____

If you need more space for additional Defendants, list the additional Defendants on another piece of paper, using the same outline.

V. At the time of the alleged incident(s), were you:
(check the appropriate blank)

✓ in jail and still awaiting trial on pending criminal charges
✓ serving a sentence as a result of a judgment of conviction
___ in jail for other reasons (*e.g.*, alleged probation violation, etc.)

Explain: _____

Please provide the date of your conviction or probation or parole revocation:

May 18, 2017, date of conviction

-3-

## VI. Statement of Claim

State every ground on which you claim that one or more of the Defendants violated your federal constitutional rights. For example, if you have an excessive force claim and a denial of medical care claim, you must fill out a separate section for each different claim. This section should be limited to the facts of your claim.

With respect to each claim, briefly describe the actions taken by each Defendant who you believe was involved in violating your rights. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. (Use as much space as you need. Attach extra sheets if necessary.)

Claim Number # 1:

Type of Claim (for example, excessive force, denial of medical care, etc.): illegal Search and Seizure, ~~excessive force~~

Date of the Occurrence: April 16, 2017

Name of Each Defendant involved: Heath Dickson, Chris Bruno ~~[scratched out]~~

Describe the acts or omissions of the Defendant(s) that form the basis for Claim #1 and any harm caused by it.

On 4/15/2017, I was arrested for public intox and drinking on hwy, by Cpl. Heath Dickson and ofc. Chris Bruno. My vehicle was ordered towed and Bailey Wrecker came. Dickson ordered me to give him the wrecker my keys so Could pull it upon the trailor easier, and to avoid additional payments. Cpl. Dickson then gathered my belongings out of my vehicle and placed them in a brown

With regard to Claim #1, are you suing Defendant(s) in his or her: (check the appropriate blank)

[✓] official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation).

[ ] personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

[✓] both official and personal capacity

## Claim Number #1 Cont.

Paper Sack i.e. Beats headphones, earbuds and other misc. items. I was transported to the Hot Spring County annex, where I asked Ofc. Bruno where my house keys were and he "stated is the bag with your other belongings." I was then transported to Hot Spring County Jail where I was to wait 8-hours to be released due to a blood alchol level of 0.01. While awaiting "bookin," I asked Deputy Kellogg was "my house key in my brown paper sack" he said "No." I then asked him to call Cpl. Dickson in order to get my house key (Because Cpl Dickson is the one who had taken my house key off of my key ring in order for the tow-truck to place my car upon the wreckers.) Deputy Kellogg contacted Cpl. Dickson via telephone. Cpl. Dickson told Dep. Kellogg he was on his way to bring me my house key. I was then taken back to the "drunk tank" to await 8 hours. Appx 2:30 A.M. 4/16/17 I was awaken by Dep. Kellogg. He then escorted me to the front of the holding facility to place a call in order to get a "ride" home. I then asked Dep. Kellogg if anyone brung my house key? He said "No." He then called Cpl Dickson via telephone. According to Dep. Kellogg Dickson stated that "officer Chris Bruno had my house key. Not wanting to "hang-around" (1212 E. Highland) Jail, I proceeded to walk home since I only lived a few blocks away. When I was one block away from my home (Cherry Lane & Highland Ave), I heard screaming, by the time I turnt the corner I seen off. Chris Bruno and Cpl Heath Dickson draging my female friend accross my yard (1212 E. Highland). I then ran upto the officers, and my friend Ferrin Pittman "stated Lee-Lee they used your key to get in," repeatdly. Ofc. Chris Bruno then handed me my house key and stated "we didn't look for anything and we didn't touch anything." I later called 911, in order to make a Complaint, but officer Dickson called me back from his personal Cellphone, and said "he can do what he wants when he wants" Now I am scared because of rogue law enforcements my children now have nightmares as well as I. Plus I am a honorably discharged veteran →

and this event has increased my stress level and triggered my PTSD. According to the Malvern Police Dept. Policy, an officer engaging in an arrest must have a body-cam on, but neither of them did.

and this event has increased stress of having my PTSD. According to the Malvern Police Dept. Policy, an engaging officer must have a body-cam on, but neither of those officer Heath Dickson and Chris Bruno did.

**If you are asserting an official capacity claim**, please describe the custom or policy that you believe caused the violation of your constitutional rights.

~~[scribbled out text]~~ illegal search and seizure. Law enforcement must have a warrant to go inside a residence, if they haven't permission. This standing policy of the Dept. is illegal.

**Claim Number # 2:**

**Type of Claim** (for example, excessive force, denial of medical care, etc.):

excessive force,

**Date of the Occurrence:** 4-16-2017

**Name of Each Defendant involved:** Cpl. Heath Dickson, Ofc. Chris Bruno

**Describe the acts or omissions of the Defendant(s) that form the basis for Claim #2 and any harm caused by it.**

refer to claim number #1, but by the officers obtaining or using my key illegally to go into my residence illegally is excessive because it is considered unusual, not necessary, or proper, but last extreme

**With regard to Claim #2, are you suing Defendant(s) in his or her:** (check the appropriate blank)

[X] official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation).

____ personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

[✓] both official and personal capacity

-5-

**If you are asserting an official capacity claim,** please describe the custom or policy that you believe caused the violation of your constitutional rights.

_____
_____
_____
_____
_____
_____

**Claim Number # 3:**

**Type of Claim (for example, excessive force, denial of medical care, etc.):**

_____
_____

**Date of the Occurrence:** _____

**Name of Each Defendant involved:** _____

_____
_____
_____

**Describe the acts or omissions of the Defendant(s) that form the basis for Claim #3 and any harm caused by it.**

_____
_____
_____
_____
_____
_____

**With regard to Claim #3, are you suing Defendant(s) in his or her: (check the appropriate blank)**

_____ official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation).

_____ personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

_____ both official and personal capacity

<u>**If you are asserting an official capacity claim,**</u> please describe the custom or policy that you believe caused the violation of your constitutional rights.

_____
_____
_____
_____
_____
_____

If you need more space for more claims, list the additional claims on another piece of paper, using the same outline.

VII. **Relief**

If you are seeking to recover damages from the named Defendants, check the appropriate blank or blanks below for the type or types of damages that you are seeking:

✓ Compensatory damages (designed to compensate persons for injuries, such as physical pain and suffering, etc., that are caused by the deprivation of constitutional rights)

✓ Punitive damages (designed to punish a defendant for engaging in misconduct and deter a defendant and others from engaging in such misconduct in the future)

State briefly below any other relief you are seeking in this action. Make no legal arguments. Cite no cases or statutes.

to be Strongly repriminded or even excused of their duties as Police officers.

_____
_____
_____

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed this _24_ day of _July_ 20_17_.

_____
**Printed Name of Plaintiff**

L'Keith A. Irving
**Signature of Plaintiff**

-7-

L'keith A. Irving
1 Detention Ln
Malvern, AR
      72104

Sher

35

S

Fa