IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

L'KEITH ANTWAN IRVING                                                    PLAINTIFF

v.                      Civil No. 6:17-CV-06066

CORPORAL HEATH DICKON   and                                              DEFENDANTS
OFFICER CHRIS BRUNO

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that this matter is DISMISSED WITHOUT PREJUDICE. Plaintiff's Motion to Proceed *in forma pauperis* (ECF No. 2) is DENIED.

IT IS SO ADJUDGED this 4th day of October 2017.

/s/ P. K. Holmes, III
P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE